WILLIAMS, Appellant, v. PAGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by Irvin A. Williams against Theodore A. Page and another. No opinion. Judgment affirmed, with costs.

WILSON, Respondent, v. BOYCE, et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Mary E. Wilson against Llewellin Boyce and others. No opinion. Judgment unanimously affirmed, with costs.

WILSON v. PURITAN S. S. CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Francis M. Wilson against the Puritan Steamship Company. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

WILSON, Appellant, v. PURITAN S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Francis M. Wilson against the Puritan Steamship Company. D. R. Englar, for appellant. J. M. Woolsey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 110 N. Y. Supp. 914.

WILSON v. WILSON. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Eugene F. Wilson against Carolyn Wilson. No opinion. Motion denied.

WILSON v. WILSON. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Eugene F. Wilson against Carolyn Wilson. No opinon. Motion denied, on condition that appellant have his appeal ready for argument at the June term. Order filed.

WIRT, Respondent, v. KRAMER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by John Wirt against Louis Kramer and another. F. M. Clark, for appellants. A. J. Shipman, for respondent. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

WOERISHOFFER v. PEOPLES. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Anna Woerishoffer against Sydney W. Peoples. No opinion. Motion denied, on terms stated in order. Order filed.

WOERISHOFFER v. PEOPLES. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Anna Woerishoffer against Sydney W. Peoples. No opinion. Motion granted.

In re WOODLAWN CEMETERY. (Supreme Court, Appellate Division, First Department. May 1, 1908.) In the matter of the Woodlawn Cemetery. No opinion. Motion granted, with $10 costs. Order filed.

WOODRUFF, Appellant, v. PEOPLE'S BANK OF POTSDAM, Respondent. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Mary M. Cooke Woodruff, as administratrix of Jason G. Cooke, deceased, against the People's Bank of Potsdam. No opinion. Judgment unanimously affirmed, with costs.

WOODRUFF, Appellant, v. SQUIER, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Amos E. Woodruff against Elinor W. Squier. A. E. Woodruff, for appellant. J. W. Shepard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WOOLLEY, Respondent, v. HOLLANDER, Appellant. (Supreme Court, Appellate Division. Second Department. April 24, 1908.) Action by Milton T. Woolley against Adolph Hollander. No opinion. Judgment of the Municipal Court affirmed, with costs.

WOODS v. BROKER et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Albert H. Woods against David Broker and another. No opinion. Application granted. Order signed.

WORTMAN v. WOOD et al. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Jacob S. Wortman against Catherine M. Wood and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

WUERTZ, Appellant, v. BROWN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Otto W. Wuertz against Irma Brown and another. No opinion. Motion granted, that the defendant Irma Brown pay back the whole amount.

WYNKOOP, Respondent, v. LUDLOW VALVE MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by William Wynkoop against the Ludlow Valve Manufacturing Company.
PER CURIAM. Judgment and order affirmed, with costs. See 104 N. Y. Supp. 1151.
CHESTER and KELLOGG, JJ., dissent.

WYSTRACH, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Freda Wystrach, as administratrix, against the Interborough Rapid Transit Company. A. A. Van Wyck, for appellant. H. W. Taft, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WYSTRACH v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Freda Wystrach against the Interbor-

ough Rapid Transit Company. Motion denied, with $10 costs. Order filed.

---

In re YOUNG. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Proceedings for the disbarment of Alexander C. Young, an attorney at law. Application granted. Einar Chrystie, for the motion.

PER CURIAM. Notice of this application having been served upon the respondent in the county of New York, returnable on April 3, 1908, and the hearing of the application having been adjourned to April 24, 1908, by consent signed by the respondent personally, and the respondent having failed to appear upon the return day and submit any answer to the charges, and the papers upon which the application was made having been examined by the court, and it appearing that the charges, if proved, would require that the application should be granted, and the evidence submitted on behalf of the petitioner having satisfied the court that the defendant is guilty as charged, the application is granted, and the respondent is removed from office as an attorney and counselor at law in the courts of this state.

---

In re YOUNG. (Supreme Court, Appellate Division, First Department. May 29, 1908.) In the matter of Alexander C. Young. No opinion. Respondent disbarred. Order filed.

---

ZIMMERMAN, Respondent, v. COE, Appellant. (Supreme Court, Appellate Division, First Department, May 1, 1908.) Action by Martin Zimmerman against George A. Coe. A. L. Chapman, for appellant. W. J. Lippman, for respondent. No opinion. Order reversed, with $10 costs and disbursements and motion granted. Order filed.

END OF CASES IN VOL. 110

*